**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Joshua X. Griffin
T.U./Upper F Tier/Cell #2 DOC No. 545052
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: February 13, 2013**

**Docket Number: 12   01294-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JOSHUA X. GRIFFIN**

**Writ Application from Vernon Parish Case No. 81423**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Phyllis M. Keaty**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joshua X. Griffin** has this day been

**DENIED.**

cc: Hon. Asa Allen Skinner, Counsel for the Respondent